NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAPITAL MACHINE COMPANY, INC. AND INDIANA FORGE, LLC,**

*Plaintiffs/Counterclaim Defendants-Appellants,*

AND

**WILLIAM L. KOSS,**

*Counterclaim Defendant,*

v.

**MILLER VENEERS, INC.,**

*Defendant/Counterclaimant-Appellee,*

AND

**THOMAS A. MILLER, BENJAMIN R. MILLER, SALLY M. SANDO, ROBERT D. BRAND, INDIANAPOLIS VENEER WORKS, LLC, EGENOLF MACHINE, INC., AND MERRITT PLYWOOD MACHINERY, INC.,**

*Defendants/Counterclaimants-Appellees.*

---

2012-1288

---

Appeal from the United States District Court for the Southern District of Indiana in case no. 09-CV-0702, Judge Jane Magnus-Stinson.

CAPITAL MACHINE COMPANY, INC. V. MILLER VENEERS, INC.                    2

---
## ON MOTION
---

### ORDER

Miller Veneers et al. (Miller Veneers) move for leave to file a surreply brief, with surreply brief attached, to address arguments they assert were raised by Capital Machine Company, Inc. and Indiana Forge, LLC ("Capital Machine") for the first time in their reply brief. Capital Machine opposes or in the alternative moves for leave to file a sur-surreply. Miller Veneers replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

**SEP 2 5 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Michael A. Swift, Esq.
     Paul B. Overhauser, Esq.
     James L. McNeely, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 5 2012

JAN HORBALY
CLERK